# CASE ANNOUNCEMENTS

*May 5, 2010*

[Cite as *05/05/2010 Case Announcements*, 2010-Ohio-1893.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–0269.   State ex rel. Morris v. Court of Appeals, Tenth Appellate Dist.
In Procedendo. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0282.   State ex rel. Rittner v. Williams.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0304.   Harp Midam Beachwood Hotel Investors, L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2006–M–1629, 2006–M–1809, and 2006–M–1810. On motion to dismiss appeal. Motion granted. Cause dismissed.
   LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   PFEIFER, J., dissents.
   BROWN, C.J., not participating.

2010–0307.   State ex rel. Martin v. Holloway.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   Sua sponte, Robert Martin is found to be a vexatious litigator pursuant to S.Ct.Prac.R. 14.5(B). Accordingly, Martin is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be filed with the Clerk of this court for the court's review.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0378.   State ex rel. McGrath v. Court of Appeals, Eighth Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0387.   [State ex rel.] Evans v. French.
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0395.   State ex rel. Walker v. DeWeese.
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.

2010–0427.   [State ex rel.] Harris v. Kilbane.
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
   BROWN, C.J., not participating.